**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernard E. Colonna, | CV 06-393-PHX-SMM (MHB) |
| Plaintiff, | **ORDER** |
| vs. | |
| C.S.C. Corporation; All Individual and Official Capacities; Mr. Warden Charles Goldsmith; Assistant Warden Mauldin; Disciplinary Coordinator Lt. Jackson, | |
| Defendant. | |

Defendant's Motion for Summary Judgment (Doc. #27) is now ready for the Court's consideration. Therefore,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to Defendant's Motion for Summary Judgment (Doc. #27). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 9th day of May, 2007.

Stephen M. McNamee
United States District Judge